1

2

3

4

5

6            UNITED STATES DISTRICT COURT

7                  DISTRICT OF NEVADA

8                       * * * * *

9   UNITED STATES OF AMERICA,          )
                                        )   3:07-cr-00023-LRH (VPC)
10                      Plaintiff,      )
                                        )   ORDER
11  vs.                                 )
                                        )
12  MARLENE CRUTCHER McKEE,             )
                                        )
13                      Defendant.      )
    _____ )

14

15          The court has reviewed Defendant's Appeal from Magistrate Judge's Detention Order

16  (Doc. #12),  Government's Response to Defendant's Appeal and Motion for Amendment of

17  Magistrate's Release Order (Doc. #14), and the court having fully reviewed the transcript of the

18  hearing under a de novo standard, and

19          Good cause appearing, the court affirms Magistrate Judge's Order (Doc. #10) entered on

20  April 5, 2007, and

21          IT IS ORDERED that Defendant's Appeal from Magistrate Judge's Detention Order

22  (Doc. #12) and Government's Response to Defendant's Appeal and Motion for Amendment of

23  Magistrate's Release Order (Doc. #14) are DENIED.

24          DATED this 23rd day of April, 2007.

25

26

27                                    _____
                                      LARRY R. HICKS
28                                    UNITED STATES DISTRICT JUDGE